Certificate Number: 14912-ILN-DE-034557021

Bankruptcy Case Number: 19-23970



14912-ILN-DE-034557021

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 13, 2020</u>, at <u>2:58</u> o'clock <u>AM EDT</u>, <u>Bushra David</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date:   <u>June 13, 2020</u>          By:     <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:   <u>Counselor</u>