UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

BUSHRA S DAVID

Debtor(s)

Chapter 13
Case No. 19-23970

Judge DAVID D. CLEARY

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY (DOC 27)

The Motion For Relief From Automatic Stay filed on behalf of Select Portfolio Servicing, Inc. on July 20, 2020 , as Doc #27, is hereby withdrawn as the alleged default through July 2020 has been cured.

*/s/ Timothy R. Yueill*
By:  Timothy R. Yueill, Esq.
Counsel for Select Portfolio Servicing, Inc.

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Aaron Nevel
Joseph Baldwin
Danielle Alvarez
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 19-03888