**Fill in this information to identify the case:**

Debtor 1    Bushra S David

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : NORTHERN District of Illinois
                                                                (State)
Case number 19-23970

# Form 4100R
# Response to Notice of Final Cure                                    10/15

_____

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:**  FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR THE BENEFIT OF THE FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION TRUST, SERIES 2020-2

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account:   9841

**Property address:**   3823W ESTES AVE ,
                        Number     Street
                        LINCOLNWOOD, IL 60712
                        City               State    ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3:  Postpetition Mortgage

*Check one:*

[X]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on:    10/01/2024
                                                                    MM/DD/YYYY

[ ]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a. Total postpetition ongoing payments due:                              (a) $_____
    b. Total fees, charges, expenses, escrow and costs outstanding:         + (b) $_____
    c. Total. Add lines a and b.                                             (c) $_____

    Creditor asserts that the debtor(s) are contractually
    obligated for the postpetition payment(s) that first became
    due on:
                                                MM/  DD/  YYYY

Form 4100R               **Response to Notice of Final Cure Payment**               page 1

| Debtor 1 | Bushra S David | | | Case Number (if known) | 19-23970 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Samantha C. San Jose                                    Date  September 30, 2024
    Signature

Print   Samantha C. San Jose                                    Title  Authorized Agent
        First Name     Middle Name     Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   13010 Morris Road, Suite 450
          Number              Street

          Alpharetta                    GA            30004
          City                          State         ZIP Code

Contact   470-321-7112                                          Email: ssanjose@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on   October 1, 2024  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Bushra S David
3823 W Estes Ave.
Lincolnwood, IL 60712

And via electronic mail to:

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Adam Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604

                                                    By: /s/ Jessica Kerrigan
                                                    Email: jkerrigan@raslg.com